[No. 67305-0-I.   Division One.   October 15, 2012.]

MICHAEL TIDIMAN, *Respondent*, v. ALLSTATE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-01563-3, Charles R. Snyder, J., entered May 20, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Ellington and Lau, JJ.

[No. 67503-6-I.   Division One.   October 15, 2012.]

DAVID MONK ET AL., *Appellants*, v. KRISTINA A. DRIESSEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-08964-9, J. Wesley Saint Clair, J., entered July 12, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Spearman, JJ.

[No. 67539-7-I.   Division One.   October 15, 2012.]

FINANCIAL PACIFIC LEASING, LLC, *Respondent*, v. LAW OFFICES OF DAVID A. SHARP, PA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-30494-1, J. Wesley Saint Clair, J., entered July 29, 2011. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.

[No. 67644-0-I.   Division One.   October 15, 2012.]

BAY VIEW ELECTRIC, LLC, *Respondent*, v. STRUCTURAL CONCRETE, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-02046-1, Kenneth L. Cowsert, J., entered August 23, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.